**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GURSHER SINGH,**<br>***Petitioner,***<br><br>**v.**<br><br>**ANDY CRUZ, Warden, Federal Detention Center, Philadelphia, *et al.*,**<br>***Respondents.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br>**No. 26-cv-8386** |

**ORDER**

**AND NOW**, this **16th** day of **November 2026**, upon consideration of Petitioner Gursher Singh's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 6), Petitioner's Reply to Response (ECF No. 7), Respondents' Supplemental Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 9), and the docket, it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Because Petitioner is being held in custody in violation of the Constitution or laws of the United States, Respondents shall **IMMEDIATELY RELEASE** Petitioner from detention.
3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
4. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **November 17, 2026 at 12:00 p.m. (noon)**.
5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**